ACCEPTED
12-14-00170-CR
TWELFTH COURT OF APPEALS
TYLER, TEXAS
7/23/2015 2:17:33 PM
CATHY LUSK
CLERK

FILED IN
12th COURT OF APPEALS
TYLER, TEXAS

7/23/2015 2:17:33 PM

CATHY S. LUSK
Clerk

July 23, 2015

Twelfth Court of Appeals
1517 W Front St Ste 354
Tyler TX 75702-7854

**Re: Gregory Lee West**
   **12-14-00170-CR**

To The Honorable Clerk of the Court:

Please find enclosed a copy of the letter sent to my client regarding his right to file a PDR along with a copy of the certified return receipt showing the mailing of the same.

Sincerely,

/s/Austin Reeve Jackson

# U.S. Postal Service™
# CERTIFIED MAIL® RECEIPT
*Domestic Mail Only*

For delivery information, visit our website at www.usps.com®.

OFFICIAL USE

**Certified Mail Fee**

$

**Extra Services & Fees** *(check box, add fee as appropriate)*
- ☐ Return Receipt (hardcopy)   $ _____
- ☐ Return Receipt (electronic)   $ _____
- ☐ Certified Mail Restricted Delivery   $ _____
- ☐ Adult Signature Required   $ _____
- ☐ Adult Signature Restricted Delivery   $ _____

Postmark
Here

**Postage**

$

**Total Postage and Fees**

$

Sent To   Gregory West

Street and Apt. No., or PO Box No.   15381 Britton Ct

City, State, ZIP+4®   Lyndale TX 75771

See Reverse for Instructions

PS Form 3800, April 2015 PSN 7530-02-000-9047

7015 1520 0000 9214 0488

July 23, 2015

Gregory Lee West
15581 Brittain
Lindale, TX 75771

**Re: Opinion**

Mr. West:

Please find enclosed a copy of opinion issued by the Court of Appeals in your case. The Court has affirmed your conviction.

Should you desire to do so, you do have the right to file a *pro se* Petition for Discretionary Review in the Court of Criminal Appeals. If you decide to pursue that option you must file your petition prior to the expiration of thirty days from the date of the court's opinion.

I would be happy to address any questions or concerns you have if you will simply let me know.

Sincerely,

Austin Reeve Jackson